1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PAUL EDMUNDSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-S-07-352 EJG
                                    )
12              Plaintiff,          )
                                    )  NOTICE OF HEARING & ORDER THEREON
13      v.                          )
                                    )  Date:  February 1, 2008
14 PAUL EDMUNDSON,                  )  Time:  10:00 a.m.
                                    )  Judge: Hon. Edward J. Garcia
15              Defendant.          )
                                    )
16 _____ )

17      The current dispositional hearing date of January 18, 2008 is

18 vacated and a new dispositional hearing is set for February 1, 2008.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1      All parties including the courtroom clerk have been notified and

2  are in agreement with this continuance.

3

4  Dated: February 8, 2008              Respectfully submitted,

5
                                        DANIEL BRODERICK
6                                       Federal Defender

7                                       /s/ Ned Smock

8                                       _____
                                        NED SMOCK
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      PAUL EDMUNDSON

11      IT IS SO ORDERED.

12

13  Dated: January 9, 2008              /s/ Edward J. Garcia_____
                                        EDWARD J. GARCIA
14                                      United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of hearing/Gelsomino, Scott/06-297 EJG        2