**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*　　　　　(916) 498-5700  Fax: (916) 498-5710　　　　　*Linda C. Harter*
*Federal Defender*　　　　　　　　　　　　　　　　　　　　　　　　　　*Chief Assistant Defender*

# M E M O R A N D U M  &  O R D E R

DATE:       January 31, 2008

TO:         Colleen Lydon, Courtroom Deputy to Hon. Edward J. Garcia

FROM:       Ned Smock, AFD

SUBJECT:    Dispositional Hearing in U.S. v. Paul Edmundson, 07-352 EJG

---

   The parties are seeking to vacate the dispositional hearing now set for February 1, 2008 and to calendar the hearing for February 22, 2008 at 10:00 a.m.  Both defense counsel and the supervising probation officer will not be available on February 1, and the assigned Assistant United States Attorney will be out of town the following two weeks.  Thank you for your attention to this matter.

IT IS SO ORDERED.

Date:  January 31, 2008          /s/ Edward J. Garcia
                                 Hon. Edward J. Garcia
                                 United States District Judge